**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Crawford et al v. Alethes, LLC et al

Case Number:   3:07-cv-00359-WHA

Referenced Pleading:   Consent to Removal and Statement of Citizenship Verification - Doc. 2

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD T. CRAWFORD and<br>PAULA M. CRAWFORD,<br><br>　　　　　PLAINTIFFS,<br><br>VS.<br><br>ALETHES, LLC, et al.,<br><br>　　　　　DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NUMBER: _____<br>)<br>)<br>)<br>) |

## ALETHES, LLC'S CONSENT TO REMOVAL AND STATEMENT OF CITIZENSHIP VERIFICATION

**Comes Now** the defendant Alethes, LLC ("Alethes"), by and through its undersigned counsel, and states the following:

1. Alethes consents to the Notice of Removal of defendant Wachovia Bank.

2. Alethes is a corporate entity organized and existing under the laws of the State of Texas with its principal place of business in the State of Texas.

Dated this the 26th day of April 2007.

　　　　　　　　　　　　　　　　　　　／s／ Clyde E. Riley
　　　　　　　　　　　　　　　　　　　Clyde E. Riley (ASB-3156-E65C)
　　　　　　　　　　　　　　　　　　　Attorney for Alethes, LLC

OF COUNSEL:
Riley Law Firm
2175 11th Court South
Birmingham, Alabama 35205
(205) 212-5577
(205) 212-9001 fax

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing upon the following, via U.S. Mail, properly addressed and postage prepaid on this 26th day of April, 2007:

Robert Simms Thompson, Esquire
Tiffany Ann Johnson
Law Office of Robert Simms Thompson
Post Office Box 830780
Tuskegee, Alabama 36083

Victor Hayslip, Esquire
William J. Long, IV, Esquire
Burr & Foreman, LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

_____
OF COUNSEL