IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 APR 27  A 11: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| RONALD T. CRAWFORD and<br>PAULA M. CRAWFORD,<br><br>PLAINTIFFS,<br><br>VS.<br><br>ALETHES, LLC, et al.,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER: 3:07CV359-wha<br>)<br>)<br>)<br>) |

## ALETHES, LLC'S CORPORATE/CONFLICT DISCOSURE

1.  **Comes Now** the defendant Alethes, LLC ("Alethes"), by and through its undersigned counsel, and in accordance with the Order of this Court, the defendant, Alethes, LLC does not have any parent company, subsidiaries, affiliates, partnerships, joint ventures or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. This defendant does act as a wholesale mortgage lender in the state of Alabama under the business name of Lending Edge Mortgage.

Dated this the 26th day of April, 2007.

_____
Clyde E. Riley (ASB-3156-E65C)
Attorney for Alethes, LLC

OF COUNSEL:
Riley Law Firm
2175 11th Court South
Birmingham, Alabama 35205
(205) 212-5577
(205) 212-9001 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following, via U.S. Mail, properly addressed and postage prepaid on this 26th day of April, 2007:

Robert Simms Thompson, Esquire
Tiffany Ann Johnson
Law Office of Robert Simms Thompson
Post Office Box 830780
Tuskegee, Alabama 36083

Victor Hayslip, Esquire
William J. Long, IV, Esquire
Burr & Foreman, LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

_____
OF COUNSEL