IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD T. CRAWFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv359-WHA |
| ) | |
| ALETHES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Plaintiffs' Motion to Remand (Doc. #7), filed on May 25, 2007, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before June 19, 2007** why the motion should not be granted. The Plaintiffs shall have **until June 26, 2007**, to file any reply they/he may wish(es) to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 29th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE