IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD T. CRAWFORD and<br>PAULA M. CRAWFORD,<br><br>       PLAINTIFFS,<br><br>VS.<br><br>ALETHES, LLC, et al.,<br><br>       DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NUMBER:<br>)      3:07-cv-359-WHA<br>)<br>)<br>)<br>) |

## ALETHES, LLC'S CONCURRENCE WITH OPPOSITION TO REMAND

**Comes Now** the defendant, Alethes, LLC ("Alethes"), by and through its undersigned counsel, and hereby concurs with the opposition to remand filed by the defendant, Wachovia Bank, and in support thereof says as follows:

1. On or about April 26, 2007 the defendant Alethes filed a consent to the removal of this case from Macon County. Since that time the plaintiffs have filed a Motion to Remand. The defendant, Wachovia Bank, has filed an opposition to the remand. Alethes concurs with Wachovia Bank that the case is not due to be remanded to State Court.

Dated this the 19th day of June, 2007.

/s/ Clyde E. Riley
Clyde E. Riley (ASB-3156-E65C)
Attorney for Alethes, LLC

OF COUNSEL:
Riley Law Firm
2175 11th Court South
Birmingham, Alabama 35205
(205) 212-5577
(205) 212-9001 fax

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following, via the Court's ECF system and via U.S. Mail, properly addressed and postage prepaid on this 19th day of June, 2007:

Robert Simms Thompson, Esq.
Tiffany Ann Johnson, Esq.
Law Office of Robert Simms Thompson
Post Office Box 830780
Tuskegee, Alabama 36083

Victor Hayslip, Esq.
William J. Long, IV, Esq.
Burr & Foreman, LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

                                          /s/ Clyde E. Riley_____
                                          OF COUNSEL