IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Ronald T. Crawford and Paula M. Crawford,

    Plaintiff,

v.

Alethes, LLC., Flagship Closing Services, LLC, Wachovia Bank FKA FUND, et. al.,

    Defendants,

CASE NO. 3:07cv-359-WHA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ronald Crawford and Paula M. Crawford, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | |

6/26/2007
Date

/s/ Tiffany N. Johnson
(Signature)

Tiffany N. Johnson
(Counsel's Name)

Ronald Crawford and Paula Crawford
Counsel for (print names of all parties)

308 North Elm Street
Tuskegee, Alabama 36083
Address, City, State Zip Code

334-727-6463
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, the undersigned _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _26th____day of _June_____ 20_07_, to:

Victor Hayslip, William J. Long IV, Burr & Forman, LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama  35203

Clyde Riley, The Riley Law Firm, 2175 11th Court South, Birmingham, Alabama  35205

6/26/2007  
Date

/s/ Tiffany N. Johnson  
Signature