IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD T. CRAWFORD and PAULA M. CRAWFORD, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 3:07cv359-WHA |
| ALETHES, LLC; FLAGSHIP CLOSING SERVICES, LLC; WACHOVIA BANK FKA FUND, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of the Motion to Remand and the submissions in opposition to that Motion, it is hereby ORDERED that the Plaintiffs file on or before July 9, 2007 a Reply brief which sets forth their response to Exhibits B and C, the Affidavit of David Swecker and the document entitled Closing Conditions, which have been submitted by the Defendants. The court is particularly interested in the Plaintiffs' response to these documents in the context of whether the Plaintiffs' claims against Defendant Flagship for negligence and tortious interference with contract are foreclosed under state law by the response and, if not, why not.

Done this 2nd day of July, 2007.

                                             W. Harold Albritton
                                             W. HAROLD ALBRITTON
                                             SENIOR UNITED STATES DISTRICT JUDGE