IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD T. CRAWFORD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv359-WHA |
| ALETHES, LLC, et al., | ) |
| Defendants. | ) |

**ORDER**

The court was advised by counsel in early July that this case has been settled, but no stipulation for dismissal has been filed with the court. It is hereby

ORDERED that, unless the parties show cause to the court **no later than September 10, 2007** why this action should not be taken, this case will be dismissed with prejudice, as settled, at that time.

DONE this 4th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE