IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD T. CRAWFORD and PAULA M. CRAWFORD, <br><br> Plaintiffs, <br><br> v. <br><br> ALETHES, LLC, FLAGSHIP CLOSING SERVICES, LLC; WACHOVIA BANK FKA FUND, and FICTITIOUS DEFENDANTS A, B, and C, being those unknown individuals, firms, partnerships, corporations or other entities, both singular and plural, who participated or assisted in the wrongful acts alleged in this complaint, and whose true names and legal identities are otherwise unknown at this time, but will be added by amendment when ascertained, <br><br> Defendants. | CIVIL ACTION NO. 3:07-cv-359-WHA |

## JOINT STIPULATION OF DISMISSAL

COME NOW Ronald T. Crawford, Paula M. Crawford, Alethes, LLC, and Wachovia Bank, N.A., the parties in the above-referenced matter, who hereby stipulate that this case and all claims asserted in this case (or which could have been asserted in this case) are dismissed with prejudice, with the parties to bear their own costs.

Respectfully submitted,

_____
Robert S. Thompson
Attorney for Plaintiffs
Ronald T. Crawford and Paula M. Crawford

1597144 v1

PAGE 2/3 * RCVD AT 9/7/2007 8:18:21 AM [Central Daylight Time] * SVR:BHM-RIGHTFAX/15 * DNIS:5100 * CSID:334 727 5746 * DURATION (mm-ss):01-04

**OF COUNSEL:**
The Law Offices of Robert Simms Thompson, P.C.
P.O. Box 830780
Tuskegee, AL 36083

_____
Clyde Riley

Attorney for Defendant
Alethes, LLC

**OF COUNSEL:**
The Riley Law Firm
P.O. Box 531346
Birmingham, Alabama 35253

_____
Victor Hayslip
William J. Long

Attorneys for Defendant
Wachovia Bank, National Association

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203

*/s/ Richard A. Ball, Jr.*
Richard A. Ball, Jr.
Attorney for Defendant
Flagship Closing Services, LLC

**OF COUNSEL:**
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
P.O. Box 2148
Montgomery, Alabama 36102-2148

1597144 v1

3